UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: TOMMY LAMAR WALDEN AND | { | CHAPTER 13 |
| JENNIFER TURNER EVANS, | { | |
| | { | |
| DEBTOR(S) | { | CASE NO. R22-41100-BEM |
| | { | |
| | { | JUDGE ELLIS-MONRO |

**OBJECTION TO CONFIRMATION**

     COMES NOW K. EDWARD SAFIR, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

     1. The Debtor has failed to file the Local Chapter 13 Form Plan in violation of General Order 41-2020.

     WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                   /s/
               Sonya Buckley Gordon, Attorney
               for Chapter 13 Trustee
               GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

A22-41100-BEM

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

TOMMY LAMAR WALDEN
452 D. BAXTER ROAD, SE
CALHOUN, GA 30701

JENNIFER TURNER EVANS
452 D. BAXTER ROAD, SE
CALHOUN, GA 30701

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 14th day of September, 2022

_____/s/_____
Sonya Buckley Gordon, Attorney
For Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com