**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| TOMMY LAMAR WALDEN | * | Case No. 22-41100-bem |
| JENNIFER TURNER EVANS | * | |
|    Debtors | * | |
| | * | Chapter 13 |
| CROCKETT RENTALS, LLC | * | |
|    Movant | * | |
| | * | |
| v. | * | |
| | * | |
| TOMMY LAMAR WALDEN | * | |
| JENNIFER TURNER EVANS | * | |
|    Respondent | * | |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

COMES NOW, CROCKETT RENTALS, LLC and files this objection to the confirmation of the above-styled debtor's Chapter 13 plan as proposed and respectfully shows the Court the following:

1.

This proceeding arises under 11 U.S.C. Chapter 13 of the Bankruptcy Code on the petition filed by the debtor on September 9, 2022.

2.

Crockett Rentals, LLC, is a lease-hold creditor and has a lease agreement on a 12' x 32' Lofted Barn, as evidenced by the Proof of Claim and supporting documents filed with the Court.

3.

Movant herein asserts the debtors have failed to properly treat pre-petition lease arrearages in the amount of $1,102.93.00 in the plan.

4.

Movant requests that on-going payments of $354.85 be paid directly, outside of the Chapter 13 plan, as they become due post petition. Movant asserts the debtor has defaulted in making the required payments to Crockett Rentals, LLC with the lease being due post-petition for October and November 2022 at $354.85.00 per month plus late fees of $5.00 per month.

5.

Said creditor objects to the confirmation of the Chapter 13 plan on the grounds that the plan:

(a) Does not comply with the provisions of Chapter 13 of the Bankruptcy Code;

(b) Does not comply with the provisions necessary as set forth in 11 U.S.C. Section 1325;

(c) Is not in compliance with Section 1322 of the Bankruptcy Code;

(d) Has not been proposed in good faith;

(e) Attempts to modify the rights of a holder of a secured claim and fails to properly protect the claim of a creditor;

(f) Fails to adequately provide for a plan, which will give the creditor the same or equivalent benefits that it would receive under a Chapter 7 liquidation.

WHEREFORE, Crockett Rentals, LLC, respectfully requests:

(a) That this, its objection be allowed;

(b) That debtor(s) Chapter 13 plan as proposed be denied confirmation;

(c) That should the debtor(s) Chapter 13 plan as proposed be approved, it shall be subject to the debtor(s) returning to the Movant herein all the property held by the petitioner as collateral;

(d) That Movant be granted attorney's fees for the prosecution of this action; and

(e) That Movant have such other and further relief as is just and proper.


Dated: November 7, 2022


Respectfully submitted,

 /s/ Emmett L. Goodman, Jr.
EMMETT L. GOODMAN, JR.
Bar No. 301000
Attorney for Crockett Rentals, LLC

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org

2

## CERTIFICATE OF SERVICE

      I, Emmett L. Goodman, Jr., do certify that I have served a true and correct copy of the within and foregoing Objection to Confirmation by depositing a copy of the same to each in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Tommy Lamar Walden
Jennifer Turner Evans
452 D Baxter Rd SE
Calhoun GA 30701

Mr. Dan Saeger
Attorney at Law
Suite D
706 Thornton Ave
Dalton GA 30720

K. Edward Safir
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta GA 30303

      Dated: November 7, 2022

      Respectfully submitted,

      */s/ Emmett L. Goodman, Jr.*
      EMMETT L. GOODMAN, JR.
      Bar No. 301000
      Attorney for Crockett Rentals, LLC

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org