```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION

IN RE:  TOMMY L. WALDEN AND         {  CHAPTER 13
        JENNIFER T EVANS,           {
                                    {
        DEBTOR(S)                   {  CASE NO. R22-41100-BEM
                                    {
                                    {  JUDGE   ELLIS-MONRO
```

**OBJECTION TO CONFIRMATION**

COMES NOW K. Edward Safir, Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1. Debtor(s) has not filed a plan as required by 11 U.S.C. § 1321; specifically, incorrect plan filed.

2. The proposed Chapter 13 plan appears to deviate from the local form plan adopted by the Northern District of Georgia, in violation of General Order No. 41-2020.

3. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return for Debtor wife or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. § 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor(s)provide the Trustee with a sworn statement by the Debtor(s), in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

4. Pursuant to information received, the debt with Crockett Rentals appears to be a lease instead of a purchase.

5. The Chapter 13 budget fails to include expenses for lease expense to Crockett Rentals of $354.85 per month; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. § 1325(a)(6).

6. The funding of post-petition lease installments has not been maintained in the above-styled Chapter 13 case, possibly indicating that the present budget and proposed plan are infeasible.  11 U.S.C. § 1325 (a)(6).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

7. The Chapter 13 plan fails to provide for the assumption and funding or rejection of executory contract owed to Crockett Rentals. 11 U.S.C. § 365(b)(1)(C).

8. Schedule G fails to reflect the Debtor(s)' executory contract with Crockett Rentals. 11 U.S.C. § 342, Fed. R. Bankr. P 1007(b).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7

November 15, 2022

/s
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com

R22-41100-BEM

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

TOMMY L. WALDEN
452 D BAXTER RD SE
CALHOUN, GA 30701

JENNIFER T. EVANS
452 D BAXTER RD, SE
CALHOUN, GA 30701

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES

This 15TH day of November, 2022


_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com