UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| TOMMY LAMAR WALDEN and | } | CASE NO. R22-41100-BEM |
| JENNIFER TURNER EVANS, | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |
| | } | |
| K. EDWARD SAFIR, | } | |
| CHAPTER 13 TRUSTEE, | } | |
| MOVANT | } | |
| | } | |
| vs. | } | |
| | } | |
| ROSWELL AUTO BROKERS INC., | } | |
| | } | |
| RESPONDENT(S) | } | |

**<u>CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM</u>**

COMES NOW, K. Edward Safir, Standing Chapter 13 Trustee in the above-styled matter, and files this Objection to Claim, respectfully showing the Court as follows:

1.

The Debtors filed for relief under Chapter 13 of Title 11 on September 9, 2022. Reset confirmation of the Debtors' proposed Chapter 13 plan is scheduled for hearing before this Court on January 18, 2023, at 9:30 a.m.

2.

On October 6, 2022, Roswell Auto Brokers Inc. filed a secured claim in the amount of $15,684.27 for a 2008 Nissan Xterra (Claim No. 9-1 on the Court's Claims Register).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

3.

The claim fails to include a retail installment sales contract and electronic title report to show proof of timely and proper perfection.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee respectfully moves the Court for an Order disallowing the claim as secured until such time as the claim is amended to include adequate and supporting documentation and for such other and further relief as the Court may deem just, necessary and proper.

Respectfully submitted this 21st day of December, 2022.

/s/
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| TOMMY LAMAR WALDEN and | } | CASE NO. R22-41100-BEM |
| JENNIFER TURNER EVANS, | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |
| | } | |
| K. EDWARD SAFIR, | } | |
| CHAPTER 13 TRUSTEE, | } | |
| MOVANT | } | |
| | } | |
| vs. | } | |
| | } | |
| ROSWELL AUTO BROKERS INC., | } | |
| | } | |
| RESPONDENT(S) | } | |

**NOTICE OF HEARING ON OBJECTION TO CLAIM**

    **PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed an **Objection to Claim** and related papers with the Court seeking **an Order disallowing the claim**.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the **objection** at the following number: toll-free number: **(833) 568-8864**; meeting ID **1608620914**, at **10:00 AM** on **February 1, 2023** in Courtroom **342**, United States Courthouse, 600 East First Street, Rome, GA 30161.

    Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information.

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 East First Street, Room 339, Rome, GA 30161.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated:  December 21, 2022

                                                Respectfully submitted,

                                                _____/s/_____
                                                Sonya Buckley Gordon
                                                Attorney for the Chapter 13 Trustee
                                                GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

R22-41100-BEM

## CERTIFICATE OF SERVICE

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Tommy Lamar Walden
452 D Baxter Rd SE
Calhoun, GA 30701

Jennifer Turner Evans
452 D Baxter Rd SE
Calhoun, GA 30701

Roswell Auto Brokers Inc.
Attn: Bankruptcy Administrator
1586 Hwy 411 NE
Cartersville, GA 30120

Roswell Auto Brokers Inc.
Attn: Beverly Brown, Office Mgr
1586 Hwy 411 NE
Cartersville, GA 30121

    I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Saeger & Associates, LLC

This 21st day of December, 2022.

    /s/
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com